Dismissed and Memorandum Opinion filed January 15, 2009








Dismissed
and Memorandum Opinion filed January 15, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00713-CV

____________

 

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,
Appellant

 

V.

 

GREGORY S. KING, Appellee

 

 



 

On Appeal from the 4th District Court

Rusk County, Texas

Trial Court Cause No. 2002-304

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 30, 2008.  The clerk=s record was filed on August 18,
2008.  The reporter=s record was filed September 23, 2008.  No brief was filed.








On
November 20, 2008, this Court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before December 22, 2008, the Court would dismiss the appeal
for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Yates, Guzman, and
Sullivan.